1 | David A. Gill, TRUSTEE (State Bar No. 032145)
mrobertson@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA  90067-2904
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In Re: | Case No.: 2:10-bk-51694-BB |
|---|---|
| HARUN GILES | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: PRO SE
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 12/17/10 at 11:00 AM at 725 S Figueroa Street, Room 102, Los Angeles, CA 90017, for the reason set forth below:

☒ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.

Dated:    December 2, 2010                    /s/ David A. Gill
                                               David A. Gill, TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

STATE OF CA, COUNTY OF LOS ANGELES

　　　　I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Third Floor, Los Angeles, CA  90067-2904.

　　　　On December 2, 2010, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

HARUN GILES
3518 WESTMOUNT AVE
LOS ANGELES, CA  90043


PRO SE


☐ **BY MAIL**
　☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
　☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on December 2, 2010, at Los Angeles, California.
　☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

　　　　　　　　　　　　　　　　　　　　/s/ Melvin Robertson
　　　　　　　　　　　　　　　　　　　　Melvin Robertson